UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE:                                          CASE NO. 06-10083-GVL1
                                                CHAPTER 13
WILLIAM HORTON
JOAN E. HORTON

_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: CHEVRON CREDIT BANK, N.A. which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 379790 in the amount of 21.25 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

        /s/Leigh D. Hart or
        /s/William J. Miller, Jr.
           OFFICE OF THE CHAPTER 13 TRUSTEE
           POST OFFICE BOX 646
           TALLAHASSEE, FL 32302
           ldhecf@earthlink.net
           (850) 681-2734 "Telephone"
           (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

| | |
|---|---|
| WILLIAM HORTON | CHEVRON CREDIT BANK, N.A. |
| JOAN E. HORTON | 2001 DIAMOND BLVD. |
| 7351 NE 185TH COURT | P.O. BOX 5010, SECT. 230 |
| WILLISTON, FL 32696 | CONCORD, CA 94524-0010 |

AND

SHARON T. SPERLING, ESQUIRE
P.O. BOX 358000
GAINESVILLE, FL 32635-8000

on the same date as reflected on the Court's docket as the electronic filing date for this document.

        /s/Leigh D. Hart or
        /s/William J. Miller, Jr.
10/30/2009 11:57 am / CR_213     OFFICE OF CHAPTER 13 TRUSTEE